Edward J. Maney, Esq. AZ Bar#12256  
Chapter 13 Trustee  
101 N. First Avenue, Suite 1775  
Phoenix, Arizona 85003  
Telephone (602) 277-3776  
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

In re: ) In Proceedings Under Chapter 13  
)  
LOU PHOUTHASACK PHOMMAVONGSA ) Case No. 2:15-12996-MCW  
) DISMISSAL ORDER  
_____Debtor(s)_____ )

It having been shown to the Court that the debtor(s') has/have failed to comply with the Court requirement concerning:

Failure to submit Plan payments as required by the Trustee's Motion to Dismiss dated 5/26/2017. As of the date of this Dismissal Order, the debtor(s') Plan payments are delinquent $4,635.00 and the Trustee notes that no Motions to Extend time appears on the Court's Docket.

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed Reinstatement Order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the debtor(s') motion. The Court may set a hearing on the debtor(s') motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

C) Pursuant to 28 U.S.C. 586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the debtor(s);

(D) <u>Retention of Jurisdiction</u>: The Trustee will retain the Debtor(s) funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney. If the Debtor(s) Chapter 13 Plan contained an Application for Payment of Administrative Expenses to the Debtor(s) attorney and no party filed an objection to the Application, the Debtor(s) attorney may lodge an Order approving the Application **within ten days** after the Court enters this Dismissal Order. Alternatively, the Debtor(s) attorney has **ten days** from the Court's entry of this Dismissal Order to file a separate fee application. If an Order approving the Application or a separate fee application is not filed within ten days, all remaining funds held by the Trustee will be returned to the Debtor(s);

Trustee's Dismissal Order, page 2
Case No. 15-12996-2-MCW

(E)   If the Court previously entered a Payroll Deduction Order on one or both of the debtor(s') wages, then the Court vacates that Order; and

(F)   Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings to this case are vacated.

ORDER SIGNED ABOVE

CERTIFICATE OF MAILING FOR CASE NO. 15-12996
Copies of the foregoing mailed (see electronic signature below) to the following:

James R. McDonald, Jr.
McDonald Law Offices PLLC
1907 E. Broadway, Suite 1
Tempe, AZ  85282-1768
Attorney for Debtor

LOU  PHOUTHASACK  PHOMMAVONGSA
10441 W. GRANADA ROAD
AVONDALE, AZ  85392
Debtor

10441 W. GRANADA ROAD
AVONDALE, AZ  85392
Co-Debtor

_____
Trustee's Clerk

Case 2:15-bk-12996-MCW   Doc 60   Filed 07/11/17   Entered 07/11/17 14:23:50   Desc
Main Document    Page 2 of 2